UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES DEWEY WEBB, Jr.,

Defendant.

CASE NO. MJ-26-546

**ORDER OF DETENTION**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with possession of child pornography. He was arrested in Texas after absconding from Washington State Department of Corrections supervision. Defendant did not contest detention.

The Court accordingly **ORDERS**:

(1) The bond issued in 2024 is revoked and Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a

correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 9th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge